*Furman, J.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCO HICIANO and JEFFREY CUNNINGHAM,

    Plaintiffs,

v.

GRENADIER REALTY CORPORATION, GRENADIER REALTY MANAGEMENT LLC, TOWER WEST, INC., TOWER WEST ASSOCIATES LP, STARRETT CORPORATION, CAMBRIDGE SECURITY, MARIA CAPO, IRIS FONTANEZ, RAFAEL PIMENTAL, PETER GRAY, STEVE SALUP, NATALIE WEINTHAL, and GILLIAN MALPICA,

    Defendants.

---

Civil Action No.: 1:14-cv-04468-JMF

**STIPULATION OF DISMISSAL OF COUNTS III, IV, AND V AS TO DEFENDANT CAMBRIDGE SECURITY ONLY**

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by, between, and among counsel for Plaintiffs Francisco Hiciano and Jeffrey Cunningham ("Plaintiffs") and Defendant Cambridge Security Services Corp., *improperly named herein as Cambridge Security* ("Cambridge") that Plaintiff voluntarily dismisses Counts III, IV, and V, with prejudice and without costs to any party, as to Cambridge *only*, and that the remaining causes of action - Counts I and II, concerning discrimination in housing - shall persist.

**THE BOYD LAW GROUP, PLLC**
*Attorneys for Plaintiffs*
*Francisco Hiciano and Jeffrey Cunningham*

By: _____
    Emanuel Kataev, Esq.

370 Lexington Avenue, Suite 1012
New York, NY 10017
Tel: (212) 867-3675
Fax: (212) 867-5765

Dated: July 21, 2014

**GORDON & REES LLP**
*Attorneys for Defendant*
*Cambridge Security Services Corp.*

By: _____
    Peter G. Siachos

18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Tel: (973) 549-2500
Fax: (973) 377-1911

Dated: July 21, 2014

**SO ORDERED.**

_____
Jesse M. Furman
United States District Judge
July 22, 2014